# In the United States District Court for the Southern District of Georgia
## Savannah Division

VINETTA PARKER,

    Appellant,

v.                                      CV 4:25-198

PAUL A. SCHOFIELD, et al.,

    Appellees.

### ORDER

On November 17, 2025, the Court Ordered Appellant to show cause for her failure to prosecute. Dkt. No. 8. The Court warned Appellant that her "failure to adequately respond to the Court's Order will result in the dismissal of this action." Id. Appellant has filed no response, and the time for doing so has passed. Accordingly, Appellant's bankruptcy appeal is **DISMISSED** without prejudice. Fed. R. Civ. P. 4(m); 12(b)(5). The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 1 day of December, 2025.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA