AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

| | |
|---|---|
| VINETTA PARKER,<br><br>    Appellant,<br><br>            v.<br><br>PAUL A. SCHOFIELD, et al.,<br><br>    Appellees. | JUDGMENT IN A CIVIL CASE<br><br>CASE NUMBER:  4:25-cv-198 |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's December 1, 2025 Order, Appellant's bankruptcy appeal is dismissed without prejudice for failure to prosecute. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

December 2, 2025
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020